UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) <br> ) <br> v.           ) <br> ) <br> **FRANK OLIVARRIA**      ) <br> ) <br>             *Defendant.*  ) <br> ) | Case: 1:26-mj-00042 <br> Assigned To: Judge Sharbaugh, Matthew J. <br> Assign. Date: 3/2/2026 <br> Description: COMPLAINT W/ARREST WARRANT <br><br> <u>UNDER SEAL</u> |

**AFFIDAVIT IN SUPPORT OF A**
**CRIMINAL COMPLAINT & ARREST WARRANT**

I, Kelly McLeod, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION**

1.   I submit this affidavit in support of a criminal complaint charging FRANK OLIVARRIA with Distribution of Child Pornography, in violation of 18 U.S.C. § 2252(a)(2) and (b)(1). Specifically, from December 9, 2025, through January 6, 2026, FRANK OLIVARRIA (hereinafter "OLIVARRIA") knowingly distributed child pornography via the messaging application Telegram to a Federal Bureau of Investigation ("FBI") undercover employee ("UC") located in the District of Columbia.

2.   Unless otherwise noted, wherever in this affidavit I assert that a statement was made, that statement is described in substance and is not intended to be a verbatim recitation of such statement. Wherever in this affidavit I quote statements, those quotations have been taken from draft transcripts, which are subject to further revision.

**AFFIANT BACKGROUND**

3.   I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since September 2019. I am thus a "federal law enforcement officer" as defined by Fed. R.

Crim. P. 41(a)(2)(C). As part of my duties as a Special Agent, I am currently assigned to the FBI Washington Field Office's Child Exploitation and Human Trafficking Task Force (CEHTTF). In my current assignment, I investigate violations of federal law, to include human trafficking and the online sexual exploitation of children. I have had numerous hours of professional law enforcement training in the detection and investigation of criminal offenses. I have written, executed, and/or participated in the execution of numerous search warrants, including search warrants of social networking platforms. As part of my duties as a Special Agent, I investigate criminal child exploitation and child pornography violations, including the illegal production, distribution, transmission, receipt, and possession of child pornography, in violation of 18 U.S.C. §§ 2251, 2252 and 2252A and crimes related to sex trafficking and other commercial sex offenses in violation of 18 U.S.C. §§ 1591 and 1952. As a Federal Agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

4. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, witnesses, and agencies. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant. It does not set forth all of my knowledge, or the knowledge of others, about this matter.

5. Based on my training and experience and the facts as set forth in this affidavit, I respectfully submit that there is probable cause to believe that violations of 18 U.S.C. § 2252(a)(2) and (b)(1) (Distribution of Child Pornography) (hereafter, the "TARGET OFFENSE") have been committed by OLIVARRIA.

**PROBABLE CAUSE**

6. On August 1, 2025, an FBI Task Force Officer ("TFO") assigned to the Washington

Field Office ("WFO") was acting in an undercover capacity (hereinafter "UC") on an online dating application. The UC was operating out of a satellite office in Washington, D.C. The UC's dating profile displayed the following hashtags: #daddyson, #nolimits, #tabbboo, and #tabbo.[1]

7. On August 1, 2025, the dating application user "Frank" (later identified as OLIVARRIA) sent a direct message to the UC stating, "How's it going man?" OLIVARRIA's profile indicated that he was 5'8" in height, 185 lbs, of Hispanic or Latino heritage, and single. The dating application displayed OLIVARRIA's location as being five miles away from the UC and listed that he lived in ▉▉▉▉▉, Maryland. Additionally, his profile contained numerous selfie-style pictures, showing a Hispanic male with dark hair, a beard, glasses, and a nose ring. OLIVARRIA's dating application profile listed his Instagram username as @frankaolivarria. OLIVARRIA's profile indicated that he "Would like to make friends, maybe dates even. Hookups happen, when they do- prefer to be orally serviced [purple devil emoji]."

8. On August 13, 2025, the UC responded to OLIVARRIA, stating "Hey not much, how are you today?" On September 7, 2025, OLIVARRIA wrote, "Hey, sorry rarely use these apps!" and "Def liked your tags! [purple devil emoji]." The UC asked for OLIVARRIA's Telegram handle and OLIVARRIA provided his handle as @guyhere0t9. OLIVARRIA further added, "Damn you're close. Would love to have perv friends IRL.[2]"

9. On September 8, 2025, the UC messaged the Telegram handle provided by OLIVARRIA, @guyhere0t9, stating, "Hey, from [Dating application]. Nice to meet another perv [purple devil emoji]." OLIVARRIA's Telegram username was "H Guy" and his profile picture was a cartoon image of a man in a football jersey with the number "94" and the name "Estes"

---

[1] The terms "No limits" and "taboo" are common references to child exploitative material.

[2] "IRL" is known to be an abbreviation for "In real life."

written above it. The number 94 and the name "Matt Estes" are a reference to a known child sexual abuse material (CSAM) series depicting an adult male sexually abusing an infant male. The next day, OLIVARRIA greeted the UC, advised that he was about to masturbate, and wrote, "Proud pedo perv penis here man."[3] On the same day, the UC wrote, "Mmmmmm morning pedo friend… How was your jerk sesh." On September 10, 2025, OLIVARRIA responded, "Love that word. It was short last night tbh. But always damn good to please my pedo penis."

10.    On September 23, 2025, OLIVARRIA advised that his notifications were off on his phone and, as a result, he kept missing the UC's messages. He added, "I should be more responsive soon. I love connecting to pervs, specifically boy loving pedos man." On September 25, 2025, in response to the UC asking his age preference, OLIVARRIA advised, "I really like cute toddlers man. Like 3-7 turns me the fuck on. But shit anything single digit and less."

11.    On December 9, 2025, OLIVARRIA messaged the UC, "Yo. Sorry man. Went MIA. Went to get some treatment for cocaine addiction. Still a perv though man." OLIVARRIA further added, "I've been a perv a very long time…" OLIVARRIA explained that he had "dropped cocaine at work oops" and that he "got in front of it" by going to rehab before his employer suggested that he do so. OLIVARRIA stated that his employer was "sweeping it under the rug, is my impression" and that he was trying to get himself "fixed up and focused," but "the perv part I'm not trying to rehab."

12.    On December 12, 2025, the UC told OLIVARRIA that he had a nine-year-old son. In response, OLIVARRIA said that he was fantasizing and masturbating about the UC's son and that he imagined that the UC was teaching his son "how to be a good boy and how to be proud in the way only boys and later men can be proud."

---

[3] "Pedo" is short for pedophile.

13. On December 9, 2025, the UC opened the Telegram Secret Chat[4] application and observed that OLIVARRIA, using the same Telegram handle described above, @guyhere0t9, sent five CSAM videos to the UC on December 9, 2025, which are described below:

    a. An approximately nine-second-long video showing an adult penis penetrating the mouth of a male toddler;

    b. An approximately 18-second-long video showing an adult penis penetrating the mouth of a small, pre-pubescent boy. The adult male's hand is moving the child's head up and down while his penis is inserted in the boy's mouth;

    c. An approximately one minute and six-second-long video showing an adult penis penetrating the anus of a pre-pubescent boy, who is nude and visible from the chest down;

    d. An approximately six minute and 52-second-long video showing an adult hand pulling back the pajamas and underwear of a small boy who appears to be asleep. The adult hand then masturbates the child's penis;

    e. An approximately 14-second-long video showing an adult male rubbing his penis against the anus of a small male child. The child is nude, on his knees, and is only visible from behind.

14. OLIVARRIA suggested that he and the UC talk using the Secret chat since the UC had "experience" sexually abusing his child. OLIVARRIA further stated, "I don't. Wish I did. Always imagined I'd raise my own baby boy on my loads and perv penis though. Gets me hard

---

[4] According to Telegram's Support page, tsf.telegram.org, Telegram Secret Chats use End-to-End Encryption. Secret Chats are a bundle of tools for private single-device communication. They are self-sanitizing due to self-destruct timers, and users cannot forward messages from them. Secret chats are only available on their devices of origin.

just typing it. Maybe homeschool. Me and a o other perv dad. But it could just be a sick fantasy [emojis]."

15. On December 12, 2025, OLIVARRIA sent several videos and an image of his erect penis to the UC over the Secret Chat with the text, "Thinking of my new perv friend." The UC told OLIVARRIA that he had divorced his wife when his son was six years old. In response, OLIVARRIA stated, "Dude I love that you base it on his age. I imagine you can imagine what that made my blood do [emojis]. Shows me the way your mind thinks. Not the year, not your age…his age. He must be really important to you [heart emojis] (I got absolutely bricked again)."[5] OLIVARRIA told the UC that, in terms of their sexual interest in children, he liked to think that "we aren't so different [from other men], that we think like most of the world's men but that we suppress it because of society. That how we think comes more naturally than the world likes to admit."

16. On December 13, 2025, OLIVARRIA sent the UC an approximately 22-second-long video of a small, pre-pubescent boy, who is nude and lying on his stomach, with his anus and genitals displayed toward the camera.[6] An adult male is lying next to him on the bed, and the adult male is touching the child's buttocks and inserting his finger into the child's anus. An additional adult male hand is seen touching the child's buttocks and displaying the child's anus for the camera. On December 16, 2025, in reference to the video described above, OLIVARRIA wrote, "So hot. The tiny boy butt. Handsome perv with a smile and those smooth little boy testes [drooling face emoji]."

---

[5] Bricked is slang for having a visible erection.

[6] This message, and the remainder of the messages described herein, were all sent by OLIVARRIA over the Secret Chat function.

17. On December 17, 2025, the UC wrote to OLIVARRIA, "Mmmmmm hey perv." OLIVARIA responded, "Hey hey… Just logged in to check if you had blessed me with anything bahaha. About to head to my little part time job." OLIVARRIA sent a video presumably of himself masturbating his penis. The UC responded, "Great pedo cock" and sent two images, the first of which showed an adult male hand raising the shirt of a child to reveal the child's stomach and underwear.[7] The second image showed a pair of children's underwear on a chair and an adult male penis above them. In response, OLIVARRIA stated, "Oh my fucking godddd. That first pic…!!! I love it [heart emojis]. Great cock too."

18. On December 18, 2025, OLIVARRIA sent an approximately one minute and 38-second-long video of a nude, pre-pubescent boy with his anus and genitals displayed toward the camera. An adult hand is seen touching the child's buttocks and displaying the child's anus for the camera. On the same day, the UC responded, "Fucking hot bro… You like what you see with mine?... He looks a bit like what you sent [purple devil emoji]." OLIVARRIA replied, "Fuck he's I do. You know it man." OLIVARRIA then sent three heart-eye smiling face emojis and the text, "That's beautiful man. Had me blowing thinking about yours."

19. On December 22, 2025, the UC wrote, "Hey friend…You had a good stroke thinking about his tiny body [purple devil emoji]." On December 28, 2025, OLIVARRIA responded, "Fuck yessssss yes yes yes bro…Just seeing this man. I totally enjoyed my Stroke. Perv stroke. Little body. Tiny boy undies. Tiny sweet white boy butt."

20. On January 6, 2026, OLIVARRIA replied again to the December 17 image sent by the UC that showed the UC lifting the shirt of his purported son, writing, "I want more bro" with three purple devil emojis. OLIVARRIA then sent an approximately one minute and 21 second-

---

[7] The images sent by the UC did not depict a real child or a real penis.

long video of a nude, pre-pubescent boy with his hands handcuffed behind his back, with a ski mask over his face covering everything but his mouth. The child is sitting on a bed, and a nude adult male is on his knees next to the boy, inserting his penis into the child's mouth. The male is then seen sitting on the bed and forcing the child's mouth onto his penis, while the child's hands are still handcuffed behind his back. The adult male then inserts his penis into the child's anus, while the child's hands are tied to his legs.

## SUBJECT IDENTIFICATION

21. As referenced above, OLIVARRIA's dating application profile listed his Instagram account as @frankaolivarria. Open source queries for the name "Frank Olivarria" and ▮▮▮▮, Maryland revealed an individual named Frank Anthony Olivarria, date of birth ▮▮▮▮, at the address ▮▮▮▮. Queries of Department of Motor Vehicle records revealed that OLIVARRIA has an ▮▮▮▮ driver's license, which indicates he is 5'9" and 185 lbs, and lists his residence as ▮▮▮▮, ▮▮▮▮, and his primary contact address as ▮▮▮▮, Maryland. OLIVARRIA's driver's license photograph depicts the same individual as the individual in the dating application profile pictures for "Frank" described above. Additionally, the profile picture of the Instagram account @frankolivarria depicts the same individual as on the dating application profile for "Frank."

22. OLIVARRIA's criminal history report revealed he was arrested on September 10, 2025, by the D.C. Metropolitan Police Department (MPD) for Possession of a Controlled Substance. On September 10, 2025, MPD officers were called to the Department of Health and Human Services, located at 200 Independent Ave SW Washington, DC 20201, where

---

[8] Short for basement.

OLIVARRIA, a federal employee working with the Federal Drug Administration (FDA), was observed on video dropping a clear bag containing a white substance near the children's playground adjacent to the exterior of the facility. The substance was field-tested and determined to be cocaine, and OLIVARRIA was subsequently arrested by MPD. However, no charges were ultimately filed. This aligns with OLIVARRIA's December 9, 2025, statement to the UC that he had recently gotten treatment for a cocaine addiction after having dropped cocaine at work.

23. On January 19, 2026, in response to an administrative subpoena for the Instagram account @frankaolivarria, Meta Platforms, Inc. provided a verified telephone number of ▓▓▓▓ and a verified recovery email address of fXXXXXXXXXXXXX@gmail.com.

24. On January 28, 2026, a query of United States Postal Inspection Service records revealed that thirty packages were received at the ▓▓▓▓ address by Frank Olivarria between January 28, 2025, and January 28, 2026, with the most recent package received on January 20, 2026. Twenty-seven of the thirty packages were delivered to the basement unit of the residence.

25. In February 2026, surveillance was initiated on the ▓▓▓▓ residence. OLIVARRIA's known vehicle, a 2017 Kia Sportage displaying ▓▓▓▓, which is registered to OLIVARRIA, was observed in the driveway on several occasions between February 3, 2026, and February 12, 2026.

26. On February 11, 2026, in response to an administrative subpoena, T-Mobile USA provided subscriber information for phone number ▓▓▓▓ as "Frank Olivarria" at the address ▓▓▓▓.[9] Your affiant knows that OLIVARRIA

---

[9] This the same phone number and address listed previously.

previously resided in ▮▮▮, has an ▮▮▮ driver's license, and has an ▮▮▮ tag on his vehicle.

## CONCLUSION

27.　For the reasons set forth above, I submit that probable cause exists to believe that, from December 9, 2025, through January 6, 2026, FRANK OLIVARRIA committed the offense of Distribution of Child Pornography, in violation of 18 U.S.C. § 2252(a)(2) and (b)(1).

Respectfully submitted,

*Kelly McLeod* (signature)

_____
Kelly McLeod
Special Agent
Federal Bureau of Investigation

Respectfully submitted and attested to in accordance with the requirements of Fed. R. Crim. P. 41 via telephone on March 2, 2026.

_____
The Honorable Matthew J. Sharbaugh
United States Magistrate Judge